## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 19-1692-GW-PLAx | Date | August 6, 2020 |
|---|---|---|---|
| Title | *SkyHawke Technologies, LLC, et al. v. GolfzonDeca, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jack Olivo | Erica J. Van Loon |
| Kunal Jain | Joshua J. Pollack |
| Franklin D. Rosenblatt | |

**PROCEEDINGS:** **TELEPHONIC HEARING ON DEFENDANTS DECA INTERNATIONAL CORP. AND GOLFZONDECA, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [30]; and PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION [36]**

The Court's Tentative Ruling was issued on August 3, 2020 (Docket No. 49). Court hears oral argument. For reasons stated on the record, Defendants' Motion is TAKEN UNDER SUBMISSION. Court to issue its ruling.

:  05

Initials of Preparer  JG